THE HONORABLE RONALD B. LEIGHTON

08-CV-05486-ORD

FILED ___ LODGED
___ RECEIVED

AUG 19 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD RINEHART,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

No. C08-5486 RBL

**STIPULATION AND ORDER TO AMEND ANSWER**

## I. STIPULATION

COME NOW THE PARTIES, defendant Life Insurance Company of North America ("LINA"), and plaintiff Edward Rinehart (plaintiff), by and through their counsel of record, and hereby file this stipulation with the Court. Pursuant to Fed. R. Civ. P. 15(a) and this stipulation, plaintiff consents that defendants may amend their Answer to Plaintiff's Complaint by filing with the Court the attached Amended Answer.

///

///

///

STIPULATION AND ORDER TO AMEND ANSWER - 1
CAUSE NO. C08-5486 RBL

120192.0048/1742528.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

DATED: August 17th, 2009

| LANE POWELL PC | MOSLER SCHERMER JACOBS & SIELER |
|---|---|
| /s/ | /s/ |
| D. Michael Reilly, WSBA No. 14674<br>Warren E. Babb, Jr., WSBA No. 13410<br>Attorneys for Life Insurance Company<br>of North America | Lincoln Sieler, WSBA No. 20774<br>Attorneys for Plaintiff<br><br>FRIEDMAN RUBIN<br><br>/s/<br>Kenneth Friedman, WSBA No. 17148<br>Attorneys for Plaintiff |

Based upon the foregoing Stipulation, it is HEREBY ORDERED, ADJUDGED AND DECREED that LINA may file its proposed Amended Answer to Plaintiff's Complaint.

DONE IN OPEN COURT this 19th day of August, 2009.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

/s/
D. Michael Reilly, WSBA No. 14674
Warren E. Babb, Jr., WSBA No. 13410
Attorneys for Defendant Life Insurance
Company of North America

Copy received, approved as to form,
notice of presentation waived:

MOSLER SCHERMER JACOBS & SIELER

/s/
Lincoln Sieler, WSBA No. 20774
Attorneys for Plaintiff

STIPULATION AND ORDER TO AMEND ANSWER - 2
CAUSE NO. C08-5486 RBL

120192.0048/1742528.1

1
2  FRIEDMAN RUBIN
3
4  /s/_____
       Kenneth Friedman, WSBA No. 17148
5  Attorneys for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER TO AMEND ANSWER - 3
CAUSE NO. C08-5486 RBL

120192.0048/1742528.1